

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-251-CV

LYDIA ESTHER RODRIGUEZ                                    APPELLANT

V.

VICTOR MANUEL RODRIGUEZ                                    APPELLEE

----------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution

issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  July 10, 2008